# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 24, 2016

152042

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                      SC: 152042
                                      COA: 327702

CARL JESSE HOUGH,
      Defendant-Appellant.
                                      Wayne CC: 06-008265-FH

_____/

      On order of the Court, the application for leave to appeal the July 9, 2015 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 24, 2016



s0516

                                Clerk